Julia O. Anderson, Appellant, v. Board of Education of School District No. 91, Warren County, Illinois, et al., Appellees.

Gen. No. 9,934.

Heard in this court at the October term, 1943; opinion filed December 28, 1943. Leonard W. Melburg and Edward B. Love, for appellant; Henry B. Safford, John J. Kritzer and William M. Fulton, for appellees. Opinion by JUSTICE HUFFMAN. Not to be published in full.

Dorothy Guentner, Formerly Dorothy Metz, Appellant, v. Hazel Stober, Appellee.

Gen. No. 9,922.

Heard in this court at the October term, 1943; opinion filed December 28, 1943. Lawrence A. Smith, for appellant; Ralph M. Eaton, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.